# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JOHN BULLOCK,

    Plaintiff,

v.

REDLINED RECOVERY SERVICES, INC.,

    Defendants.

Case No. 08-C-645

Judge Coar

Magistrate Judge Keys

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
REDLINED RECOVERY SERVICES, INC.

| |
|---|
| NAME:  Nabil G. Foster |
| SIGNATURE:  s/ *Nabil G. Foster* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6273877     TELEPHONE NUMBER  312/704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on **April 16, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

HINSHAW & CULBERTSON LLP

| | |
|---|---|
| Nabil G. Foster<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>nfosterz@hinshawlaw.com<br>Firm's #90384 | s/ *Nabil G. Foster*<br>Nabil G. Foster |