**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08 C 645 |
| | ) | |
| REDLINE RECOVERY SERVICES, LLC, | ) | Judge Coar |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, Larry P. Smith. representing plaintiff, and David Schultz, Hinshaw & Culbertson representing the defendant, met on April 15, 2008 pursuant to Rule 26(f) to discuss:

    (1)    the nature and basis of their claims and defenses;
    (2)    the possibilities for a prompt settlement or resolution of this case;
    (3)    to make or arrange for the disclosures required under Rule 26(a)(1); and
    (4)    to develop a discovery plan.

To that end, the parties propose the following:

    A.    The issues in this case may be simplified by taking the following steps:

        1.    Discovery
        2.    Rule 26 Disclosures from all parties

    B.    The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

        1.    No modifications are to be made.

    C.    Discovery will be needed on the following subjects:

       1. Phone calls and comments attributed to Defendant in Plaintiff's Complaint.
       2. Damages suffered by the Plaintiff.

D. Discovery should not be conducted in phases.

E. Discovery is likely to be contentious and management of discovery should NOT be referred to the Magistrate Judge.

F. The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and concluded they do not agree to this.

H. The parties have discussed a prompt settlement or other resolution of this matter. Both parties have exchanged demands and offers and will continue ongoing discussions .

_____
Larry P. Smith, Attorney for Plaintiff

_____
David Schultz, Hinshaw & Culbertson, Attorney for Defendant

*Judge Coar*
United States District Judge