IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  08 C 645 |
| | ) | |
| REDLINE RECOVERY SERVICES, LLC, | ) | Judge Coar |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

1. **Discovery**

    The following time limits and deadlines shall be applicable.

    A. All disclosures required by Rule 26(a)(1) shall be made on or before May 1, 2008.

    B. Any amendments to pleadings or actions to join other parties shall be filed on or before July 1, 2008.

(It is recommended that any joinder or amendments be made early in the discovery process so as to avoid the need to prolong discovery as to new parties or new issues.)

    C. The cutoff of fact discovery is September 1, 2008.

    D. The Plaintiff shall disclose expert testimony pursuant to Rule 26(a)(2) on or before September 1, 2008; Defendant shall disclose expert testimony pursuant to Rule 26(a)(2) on or before September 22, 2008.

    E. The parties may depose the other side's expert at any time prior to October 13, 2008.

2. **Motions**

    Any dispositive motions to be filed on or before November 1, 2008 (Ordinarily this date will be 30 days following the close of fact discovery.)

3. **Final Pretrial Order and Conference**

   The final pretrial order shall be filed on or before January 1, 2009. (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

   The final pretrial conference will be held on _____ at _____.m. (This date and time will be set by the Court at the Rule 16 conference.)

**4.** **Trial**

   Trial is set in this matter on _____ at 10:00 a.m. (The trial date will be set by the Court at the Rule 16 conference.)

**5.** **Status Hearings**

   A further status hearing/preliminary pretrial conference should be held on _____.

           *Judge Coar*
          United States District Judge

Dated: