# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 645 | **DATE** | 4/21/2008 |
| **CASE TITLE** | John Bullock vs. Redline Recovery Services, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to telephonic notice from Alyssa Blackwell, attorney for the plaintiff, this action is settled.  This action is dismissed with prejudice.  Any pending Motions, deadlines or scheduling dates are stricken, moot and terminated.  Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|